UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET SHELLMAN SHERMAN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>JAMES A KRUSE et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00408-TL<br><br>ORDER ON REMOVAL OF DEFENDANT |

　　　　This matter comes before the Court on *pro se* (unrepresented) Plaintiff Janet Shellman Sherman's Motion to Remove Defendant Sandra Daniella Schilling (Dkt. No. 10). Her case concerns an alleged assault at a marina and a malicious prosecution associated with that assault. Dkt. No. 1 at 5–8.

　　　　Plaintiff seeks to remove Defendant Sandra D. Schilling because only her spouse (Defendant Dennis Schilling) is listed as an agent an owner of the marina where the alleged assault occurred. Dkt. No. 10 at 1. No Defendants have appeared in this case, and the ninety-day period during which Plaintiff must serve Defendants has not yet run. *See* Fed. R. Civ. P. 4(m).

ORDER ON REMOVAL OF DEFENDANT - 1

The Court has discretion to add or drop parties. Fed. R. Civ. P. 21. Therefore, the Court:

1. GRANTS Plaintiff's motion and removes Defendant Sandra D. Schilling from this case.
2. DIRECTS the Clerk of the Court to terminate the case against Defendant Sandra D. Schilling.

Dated this 6th day of June 2024.

Tana Lin
United States District Judge

ORDER ON REMOVAL OF DEFENDANT - 2