Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET SHELLMAN SHERMAN, Individual<br><br>    Plaintiff,<br><br>v.<br><br>JAMES A. KRUSE, MARGARET WEIDNER, DENNIS SCHILLING CORPORATION, DETECTIVE RAYMOND HARVEY, SARGENT HERB CROWE, SHERRIFF ERIC PETER, JUDGE JOHN DOE 1, and JOHN DOE 2,<br><br>    Defendants. | NO.  2:24-cv-00408-TL<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Pursuant to LCR 83.2(b)(1) the parties hereby stipulate that Robert Bulloch, should be allowed to withdraw as counsel for Defendant James A. Kruse, and that Eric Gillett and Debra Dickerson and the law firm of Preg O'Donnell & Gillett PLLC should be substituted as counsel.  This substitution causes no prejudice to any party.

DATED this ____ day of September, 2024.

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
00567-4641  sherman v. kruse (24-208) order substituting counsel
Case No.  2:24-cv-00408-TL

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

| | |
|---|---|
| STONE AND BULLOCH, PS | PREG O'DONNELL & GILLETT PLLC |
| _____<br>Robert Bulloch, WSBA #54787<br>Withdrawing Counsel for James A. Kruse | /s/ Eric P. Gillett<br>Eric P. Gillett, WSBA #23691<br>Debra Dickerson, WSBA #20397<br>Substituting Counsel for James A. Kruse |
| JANET SHELLMAN SHERMAN | FLOYD PFLUEGER KEARNS NEDDERMAN & GRESS PS |
| _____<br>Janet Shellman Sherman<br>Pro Se Plaintiff | _____<br>Amanda D. Daylong, WSBA #48013<br>Counsel for Defendant Dennis Schilling |
| KEATING, BUCKLIN & MCCORMACK, INC., P.S. | |
| _____<br>Jeremy W. Culumber, WSBA #35423<br>Counsel for Defendants Raymond Harvey, Herb Crowe, Eric Peter, Judge Kathryn C. Loring, and Chris Taylor | |

### ORDER

This matter came before the Court on the stipulated motion to substitute Preg O'Donnell & Gillet PLLC as counsel of record for Defendant James A. Kruse in place of Robert Bulloch in this matter pursuant to LCR 83.2(b)(1). The Court has considered the motion and therefore, IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 13th day of September, 2024.

_____
Honorable Tana Lin

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
00567-4641  sherman v. kruse (24-208) order substituting counsel
Case No.  2:24-cv-00408-TL

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

| | |
|---|---|
| STONE AND BULLOCH, PS | PREG O'DONNELL & GILLETT PLLC |
| _____<br>Robert Bulloch, WSBA #54787<br>Withdrawing Counsel for James A. Kruse | /s/ Eric P. Gillett<br>_____<br>Eric P. Gillett, WSBA #23691<br>Debra Dickerson, WSBA #20397<br>Substituting Counsel for James A. Kruse |
| JANET SHELLMAN SHERMAN | FLOYD PFLUEGER KEARNS NEDDERMAN & GRESS PS |
| _____<br>Janet Shellman Sherman<br>Pro Se Plaintiff | _____<br>Amanda D. Daylong, WSBA #48013<br>Counsel for Defendant Dennis Schilling |
| KEATING, BUCKLIN & MCCORMACK, INC., P.S. | |
| _____<br>Jeremy W. Culumber, WSBA #35423<br>Counsel for Defendants Raymond Harvey, Herb Crowe, Eric Peter, Judge Kathryn C. Loring, and Chris Taylor | |

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3
00567-4641  sherman v. kruse (24-208) order substituting counsel
Case No.  2:24-cv-00408-TL

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113