1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

13

14

15

JANET SHELLMAN SHERMAN,

Plaintiff(s),

v.

JAMES A KRUSE et al.,

Defendant(s).

CASE NO. 2:24-cv-00408-TL

ORDER

16

17

18

19

20

21

22

23

24

This matter comes before the Court on Plaintiff Janet Shellman Sherman's Motion for

Discovery. Dkt. No. 65. For the reasons stated below, the Court DENIES Plaintiff's motion.

Plaintiff requests that the Court compel the federal government to undertake two actions.

First, Plaintiff seeks to "rectify the *absence* of a State Investigation . . . that should have directly

examined Plaintiff's car at the scene of Defendant Kruse's Restaurant." *Id.* at 2 (emphasis in

original). Plaintiff does not explain what, specifically, she means by "rectify." Plaintiff's motion,

however, suggests that Washington state authorities did not perform an adequate investigation

ORDER - 1

1    into an alleged motor vehicle accident. *See id.; see also* Dkt. No. 58 at 5–6. In Washington,

2    motor vehicle accidents are properly investigated by law enforcement agencies. *See generally*

3    RCW 46.52. By implication, then, it appears that Plaintiff's motion is requesting that the Court

4    compel federal law enforcement do what state law enforcement allegedly did not. Second,

5    Plaintiff seeks to have the Federal Bureau of Investigation "investigate an Ongoing surveillance

6    crime in her home." Dkt. No. 65 at 2.

7        Federal courts are not authorized to conduct or compel law enforcement investigations.

8    *See, e.g., Bullock v. Sheela*, No. 1:14-cv-00092-DAD-EPG-PC, 2018 WL 1110778, at *3 (E.D.

9    Cal. Mar. 1, 2018) (citing *Wayte v. United States*, 470 U.S. 598, 607 (1985)). Under the doctrine

10    of separation of powers, such work is reserved to the Executive Branch of the federal

11    government. *Id.* Here, Plaintiff's motion requests that the Court instigate two separate law

12    enforcement investigations. This is beyond the Court's purview, and the Court does not have the

13    authority to compel them.

14        Therefore, the Court DENIES Plaintiff's Motion for Discovery (Dkt. No. 65).

15

16        Dated this 16th day of September 2024.

17

18            Tana Lin
               United States District Judge

19

20

21

22

23

24

ORDER - 2